IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| SHEMEKA C. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 3:12-cv-00799 |
| | ) | |
| ALFA ALLIANCE INSURANCE, | ) | Judge Nixon |
| CORPORATION, | ) | |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties to this action hereby stipulate that both the plaintiff's action against Alfa Alliance Insurance Company and Alfa Alliance Insurance Company's counter-claim against plaintiff are voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys fees, court costs, and discretionary costs.

Respectfully submitted,

*/s/ Brock East*
**BROCK EAST**
Registration No. 24406
Attorney for Plaintiff

**MCCARTER, CATRON & EAST, PLLC**
101 North Maple Street

Murfreesboro, Tennessee 37130
(615) 893-9255
(615) 893-9258 fax
brockeast@mcelaw.com


*s/E. Jason Ferrell*
**GARY A. BREWER**
Registration No. 4678
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Defendant, Alfa Alliance Insurance Corporation
**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787
gbrewer@bkblaw.com
jferrell@bkblaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2012, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

D. Brock East, Esquire
McCarter, Catron & East, PLLC
101 North Maple Street
Murfreesboro, TN   37130
brockeast@mcelaw.com


*s/E. Jason Ferrell*
**E. JASON FERRELL**