IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SHEMEKA C. TURNER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00799 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Brown |
| ALFA ALLIANCE INSURANCE | ) | |
| CORPORATION, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties to this action have filed a joint Stipulation of Dismissal with Prejudice in the above-captioned case. (Doc. No. 10.) As a result, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, with each party to bear its own attorney fees, court costs, and discretionary costs. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this \_\_\_9th\_\_\_ day of November, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT